IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| SCOTT SLADE | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 1, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SCOTT SLADE,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Mossberg 12 gauge shotgun, bearing serial number J897154, loaded with three live rounds of 12 gauge ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

## SCOTT SLADE

shall forfeit to the United States of America the firearm and ammunition involved in the commission of the offense, including, but not limited to:

1. a Mossberg 12 gauge shotgun, bearing serial number J897154; and
2. three live rounds of 12 gauge ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

███████████████

*[signature]*
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No.\_ \_ \_ \_ \_ \_ \_ \_ \_ \_

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

SCOTT SLADE

INDICTMENT

Counts
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

A true bill

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Filed in open court this _____ day,
Of _____ A.D. 20_____

Clerk

Bail, $_____